IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOSEPH HOOKER, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>COMENITY LLC; )<br>ASSET ACCEPTANCE, LLC; )<br>EQUIFAX INFORMATION SERVICES, LLC; )<br>EXPERIAN INFORMATION SOLUTIONS, )<br>INC.; and )<br>TRANSUNION, LLC )<br>)<br>   Defendants. ) | Case No.: |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1332, 1367, 1441, 1446, and Local Rule 103.5, Defendant Experian Information Solutions, Inc. ("Experian") files this Notice of Removal and states as follows:

1. Experian is a defendant in Case Number CAL 15-00716 filed in the Circuit Court of Maryland for Prince George's County (the "State Court Action").

2. Plaintiff filed his complaint in the Circuit Court of Maryland for Prince George's County on January 30, 2015. *See* Circuit Court Complaint, attached hereto as Exhibit 1. Experian was served with the Summons and Complaint on February 27, 2015. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446, as thirty (30) days have not elapsed since Experian was served with the summons or initial pleading setting forth Plaintiff's claim for relief.

3. The State Court Action includes claims that Experian violated the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* See Complaint at ¶¶ 92-110. Thus this Court has original

jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1441, and 15 U.S.C. § 1681p.

4. This Notice of Removal will be filed promptly in the State Court Action and served upon Plaintiff; Comenity LLC; Asset Acceptance, LLC; Equifax Information Services, LLC; and TransUnion, LLC, the other parties in the State Court Action.

5. At the present time and at the commencement of the State Court Action, Plaintiff is and was an individual citizen of the State of Maryland.

6. At the present time and at the commencement of the State Court Action, Experian is and was a corporation incorporated under the law of the State of Ohio with its principal place of business in California.

7. At the present time and at the commencement of the State Court Action, Comenity LLC is and was a corporation incorporated under the law of the State of Delaware with its principal place of business in Ohio.

8. At the present time and at the commencement of the State Court Action, Asset Acceptance, LLC is and was a corporation incorporated under the law of the State of Delaware with its principal place of business in Michigan.

9. At the present time and at the commencement of the State Court Action, Equifax Information Services, LLC is and was a corporation incorporated under the law of the State of Georgia with its principal place of business in Georgia.

10. At the present time and at the commencement of the State Court Action, TransUnion, LLC is and was a corporation incorporated under the law of the State of Delaware with its principal place of business in Illinois.

11. As it appears from the papers filed in the State Court Action by Plaintiff that Plaintiff is seeking more than $75,000.00 in damages, based on Plaintiff's request for actual, statutory, and punitive damages, and other relief, in addition to an award of $25,000 for representing the class in his claims against Asset Acceptance, LLC, the amount in controversy in the State Court Action exceeds the sum of $75,000.00, exclusive of interest and costs.

12. Accordingly, this Court has original jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332. Thus, the above-captioned action may be removed pursuant to 28 U.S.C. § 1441.

13. Additionally, pursuant to 28 U.S.C. §1367, this Court has supplemental jurisdiction over Plaintiff's state law claims.

14. The following process, pleadings, documents and orders were served upon Experian and/or were filed in the State Court Action:

- Plaintiff's Complaint, filed in the Circuit Court for Prince George's County on January 30, 2015, attached hereto as Exhibit 1.

- Writ of Summons, issued by the Circuit Court for Prince George's County on February 9, 2015, attached hereto as Exhibit 2.

- Memorandum and Order of Court, filed on February 13, 2015, attached hereto as Exhibit 3.

- Notice of Hearing, filed on February 27, 2015, attached hereto as Exhibit 4.

Within 30 days after filing this Notice of Removal, Experian shall file true and legible copies of all other documents filed in state court in accordance with Local Rule 103.5a.

WHEREFORE, Experian removes the subject action from the Circuit Court for Prince George's County to this United States District Court for the District of Maryland.

Dated: March 26, 2015

SHULMAN, ROGERS, GANDAL,
PORDY & ECKER, P.A.

By: _____
Sandy David Baron
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
(301) 255-0547
*Counsel for Experian Information Solutions, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant's Notice of Removal and Defendant's Civil Cover Sheet was served by first class mail, postage prepaid, on this 26th day of March, 2015, to:

Joseph Hooker
1009 Trebing Lane
Largo, MD 20774

Comenity LLC
CT Corporation System
1300 East Ninth Street
Cleveland, OH 44114

Asset Acceptance, LLC
CSC-Lawyers Incorporating Service Company
7 Saint Paul Street, Suite 820
Baltimore, MD 21202

Equifax Information Services, LLC
CSC-Lawyers Incorporating Service Company
7 Saint Paul Street, Suite 820
Baltimore, MD 21202

TransUnion, LLC
CSC-Lawyers Incorportaing Service Company
7 Saint Paul Street, Suite 820
Baltimore, MD 21202

Sandy David Baron

4